# UNITED STATES DISTRICT COURT

for the

District of Maryland

FILED _____ ENTERED
_____ LODGED _____ RECEIVED

MAR 2 1 2014

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

In the Matter of the Search of

*(Briefly describe the property to be searched or identify the person by name and address)*

22703 Minnetonka Road, SW Apartment 203
Westernport, MD 21562

Case No. **14-0549TJS**

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

22703 Minnetonka Road, SW, Apartment 203, Westernport, MD 21562 is a second floor apartment located in a two-story apartment building with a red brick and white trim exterior. This building is commonly known as the Marsh Apartments. The apartment to be searched is further described by photograph in Appendix C. Apartment 203 is on the second floor on the right as you reach the top of the steps and the number 203 is on the door.

located in the _____ District of _____Maryland_____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment A

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 846 | Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances. |

The application is based on these facts:
See Affidavit

- ☐ Continued on the attached sheet.
- ☑ Delayed notice of __90__ days (give exact ending date if more than 30 days: __06/18/2014__ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Gregg S. Horner, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: **March 5, 2014**

_____
*Judge's signature*

City and state:  Baltimore, Maryland

Hon. Timothy J. Sullivan, U.S. Magistrate Judge
*Printed name and title*