UNITED STATES DISTRICT COURT

___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

for the
District of Maryland

APR 3 0 2014

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| In the Matter of the Search of | ) | |
|---|---|---|
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) | Case No. **14-0549 TJS** |
| 22703 Minnetonka Road, SW, Apartment 203, Westernport, MD 21562 | ) ) ) ) | |

## SEARCH AND SEIZURE WARRANT

To:  Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____Maryland_____
*(identify the person or describe the property to be searched and give its location)*:
22703 Minnetonka Road, SW, Apartment 203, Westernport, MD 21562 is a second floor apartment located in a two-story apartment building with a red brick and white trim exterior. This building is commonly known as the Marsh Apartments. The apartment to be searched is further described by photograph in Appendix C. Apartment 203 is on the second floor on the right as you reach the top of the steps and the number 203 is on the door.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before _____March 18, 2014_____
                                                                                                                    *(not to exceed 14 days)*

TJS ☑ in the daytime 6:00 a.m. to 10 p.m.   ☑ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
_____on duty USMJ_____ .
                  *(name)*

☑ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  ☐ for _____ days *(not to exceed 30)*.
                                                               ☑ until, the facts justifying, the later specific date of   06/18/2014   .

Date and time issued: **March 5, 2014**
                                     **4:52 pm**                              _____[signature]_____
                                                                                            *Judge's signature*

City and state:   Baltimore, Maryland                        Honorable Timothy J. Sullivan, U.S. Magistrate Judge
                                                                                        *Printed name and title*

| Return | | |
|---|---|---|
| Case No.: 14-0549TJS | Date and time warrant executed: March 19, 2014, 9:00 am | Copy of warrant and inventory left with: Carrisa Harris |

Inventory made in the presence of: Carrisa Harris

Inventory of the property taken and name of any person(s) seized:

Listed on the attached inventory

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: April 30, 2014

*Executing officer's signature*

Gregg S. Horner, Special Agent, FBI
*Printed name and title*

Page __1__ Of __1__

Primary Location: __MARSH APTS. APARTMENT 203__

List item number, specific location, and description for items seized.

Item No. __1__  ONE (1) Dollar General Bag Containing AWS Digital Scale; Sandwich Bags; Green Dot Moneypack Card; Finish Line Receipt to Patrick Stephens - located in Walk-in Closet Apt 203. - (Digital Scale Residue tested positive for Cocaine Field Test)

Item No. __2__  ONE (1) Samsung Cell phone model SGH-T317 S/N R31D11H1D8P located in Master Bedroom Dresser Drawer.

Item No. __3__  ONE (1) Green Dot Moneypack Card located in Dresser Drawer

Item No. __4__  Various Receipts + Documents located in Bedroom Dresser Drawer

Item No. __5__  Various Receipts + Documents located in Living Room Along with an 8g S.D. Card.

Item No. __6__  ONE (1) Green Dot Gold Visa Debit Card 4250 3240 0889 2252 Exp 01/15

Item No. __7__  $2,898 - Two Thousand Eight Hundred Ninety Eight Dollars in U.S. Currency located in Shoebox located in Master Bedroom Closet

Item No. _____

Item No. _____  Nothing Follows

Item No. _____

Item No. _____

Item No. _____

Item No. _____

Item No. _____

Item No. _____

Item No. _____  Carissa Harris

Sgt. J.M. Mills
(Seizing Officer Signature)
WEST VIRGINIA STATE POLICE

MSP 98A (3/98)                         ISSUING JUDGE